UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LUCKEY and T. ZENON
PHARMACEUTICALS, LLC (d/b/a
PHARMACY MATTERS),

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN, a Michigan nonprofit
healthcare corporation,

    Defendant.
_____/

Case No. 11-11500

Hon. John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

On April 8, 2011, Plaintiffs filed a complaint alleging the following causes of action: (1) violation of ERISA; (2) declaratory relief under ERISA; (3) injunctive relief under ERISA; (4) violation of M.C.L. 500.2006; (5) fraudulent inducement; and (6) promissory estoppel. The parties are not diverse.

Although alleged violations of the ERISA are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over the state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Fourth, Fifth, and Sixth Claims for Relief are DISMISSED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: May 12, 2011

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 12, 2011, using the ECF system.

                                      s/William Barkholz
                                      Case Manager