UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LUCKEY and T. ZENON
PHARMACEUTICALS, LLC (d/b/a
PHARMACY MATTERS),

       Plaintiffs,

  v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

       Defendant.
_____/

Case no. 11-11500
Honorable John Corbett O'Meara

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

Pursuant to the Court's order entered June 14, 2012, staying proceedings pending the outcome of the Iowa state court action, and it further appearing to this Court that such stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

IT IS HEREBY ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes.  Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

s/John Corbett O'Meara
United States District Judge

Date:  June 14, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 14, 2012, using the ECF system.


<u>s/William Barkholz</u>
Case Manager